[No. 6766–1.   Division One.   August 20, 1979.]

GEORGE B. WHATMORE, *Respondent,* v. SWANSON–DEAN CORPORATION, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 820152, Charles R. Denney, J. Pro Tem., entered June 16, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams and Andersen, JJ.

[No. 6818–1.   Division One.   August 20, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MANUEL PAREJO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84565, Norman W. Quinn, J., entered July 27, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Andersen, JJ.

[No. 6834–1.   Division One.   August 20, 1979.]

HOWARD LORENZEN, *Appellant,* v. THE CITY OF BELLEVUE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 832750, James J. Dore, J., entered July 10, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson, A.C.J., and James, J.

[No. 6855–1.   Division One.   August 20, 1979.]

WILLIAM B. FARIS, ET AL, *Appellants,* v. PARBERRY TV AND APPLIANCE, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 53847, Jack S. Kurtz, J., entered July 17, 1978. *Affirmed in part* and *reversed in part* by unpublished opinion per James, J., concurred in by Swanson, A.C.J., and Ringold, J.